The Honorable Robert S Lasnik

**United States District Court**
**Western District Of Washington**
**At Seattle**

| | |
|---|---|
| **Minh Hue Khuu**, | CAUSE NO: 2:08-cv-00312-RSL |
| Plaintiff, | |
| v. | **Stipulated Motion and Order To Dismiss Bank of America NA and Experian Information Solutions Inc.** |
| **Alex Nguyen, Experian Information Solutions Inc, Bank of America N.A.,** | |
| Defendants. | **Note on motion calendar:** |
| | **June 10 2009** |

Having settled all claims between plaintiff and Bank of America NA and Experian Information Solutions Inc., said parties move to dismiss all claims between them with prejudice and without attorneys fees. Please strike the unstipulated motion to dismiss noted for June 19 2009.

Dated this 25th day of May 2009.

*Christopher E. Green*
_____

**Stipulated Motion and Order To Dismiss Bank of America NA and Experian Information Solutions Inc. - 1**
**Cause No: 2:08-cv-00312-RSL**

**Christopher E. Green**
Attorney at law
225 106th Avenue NE
Bellevue, Washington 98004
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410

                Christopher E. Green
                Attorney for plaintiff

*Christopher E. Green* for

_____
Gloria Hong
Attorney for Experian

*Christopher E. Green* for

_____
Abraham Coleman
Attorney for Bank of America

IT IS SO ORDERED

Dated this 15th day of June 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

**Stipulated Motion and Order To Dismiss Bank of America NA and Experian Information Solutions Inc. - 2**
**Cause No: 2:08-cv-00312-RSL**

**Christopher E. Green**
**Attorney at law**
225 106th Avenue NE
Bellevue, Washington 98004
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410