The Honorable Robert S Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MINH HUE KHUU,

Plaintiff,

v.

ALEX NGUYEN, et al.,

Defendants.

CAUSE NO: C08-0312RSL

**Order Re Extending Judgment**

The Court, having this day reviewed the records and files herein and the Petition for an Order Extending Judgment, finds that a judgment was entered on: June 1st, 2009 that the petition is being made within ninety (90) days of the expiration date of June 1st, 2019. The Court provides the updated Judgment Summary:

1. Judgment Creditor: Minh Hue Khuu;
2. Attorney for Judgment Creditor: Christopher E. Green;
3. Judgment Debtor: Alex Nguyen;
4. Original Amount Of Judgment: $105,100;
5. Interest Owed To Date Of Judgment: $126,120;
6. Total Sums Paid, If Any: None;
7. Balance Owing On Judgment: $105,100;

**ORDER RE EXTENDING JUDGMENT - 1**
C08-0312RSL

CHRISTOPHER E. GREEN
ATTORNEY AT LAW
GreenLawFirm PS
225 106th Ave NE
Bellevue, Washington 98004
(206686-4558 Fax: (206) 686-2558
WSBA No. 19410

**TOTAL: $ 231,220**

8. Judgment Balance, Fees and Costs shall bear interest at 12 % per annum.

Now, therefore IT IS ORDERED that the judgment entered herein is hereby extended for an additional ten years.

Done in open Court this 3rd day of May 2019.

_____
Robert S Lasnik
U.S. District Court Judge

Presented by:

/s/Christopher Green
CHRISTOPHER E. GREEN
Attorney for Plaintiff

**ORDER RE EXTENDING JUDGMENT - 2**
**C08-0312RSL**

CHRISTOPHER E. GREEN
ATTORNEY AT LAW
GreenLawFirm PS
225 106th Ave NE
Bellevue, Washington 98004
(206686-4558 Fax: (206) 686-2558
WSBA No. 19410